## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CHANGZHOU TRINA SOLAR ENERGY CO. LTD., ET AL., | )<br>)<br>) |
|     Plaintiffs and Consolidated Plaintiffs,<br>and | )<br>)<br>)<br>) |
| JA SOLAR TECHNOLOGY YANGZHOU CO., LTD. ET AL., | )<br>)<br>) |
|     Plaintiff-Intervenors, | )<br>) |
| v. | )<br>) |
| UNITED STATES,<br>    Defendant, | ) Before: Claire R. Kelly, Judge<br>) Consol. Court No. 18-00176 |
| and | ) |
| SOLARWORLD AMERICAS, INC. ET AL., | ) |
|     Defendant-Intervenor and<br>    Consolidated Defendant-Intervenors. | )<br>)<br>) |

### PLAINTIFF TRINA'S COMMENTS ON FINAL RESULTS OF REMAND REDETERMINATION

Plaintiffs, Changzhou Trina Solar Energy Co., Ltd.; Trina Solar (Changzhou) Science & Technology Co., Ltd.; Yancheng Trina Solar Energy Technology Co., Ltd.; Changzhou Trina Solar Yabang Energy Co., Ltd.; Turpan Trina Solar Energy Co., Ltd.; Hubei Trina Solar Energy Co., Ltd.; and Trina Solar (Hefei) Science & Technology Co., Ltd., (hereinafter Plaintiffs or "Trina"), submit these comments in response to the second remand results filed by the Department of Commerce ("Commerce"). See Final Results of Remand Redetermination Pursuant to Ct. Remand, Changzhou Trina Solar Energy Co., Ltd. v. United States, Consol. Ct. No. 18-00176 (Apr. 5, 2021) (Public Document), ECF No. 105

18-00176 – Trina's Comment on Remand Results

("Remand Results"). Trina agrees that the Remand Results—including the recalculation of Trina's weighted-average dumping margin by valuing international freight using Xeneta data, rather than Maersk data—fully comply with the Court's remand order in Changzhou Trina Solar Energy Co., Ltd. v. United States, Consol. Ct. No. 18-00176, 2021 Ct. Intl. Trade LEXIS 1, 492 F. Supp. 3d 1322 (2021) ("Changzhou Trina II").

Accordingly, Plaintiffs respectfully request that the Court sustain Commerce's Remand Results and enter a final judgment in this action.

        Respectfully submitted,

        /s/ Jonathan M. Freed
        Robert G. Gosselink
        Jonathan M. Freed
        **TRADE PACIFIC PLLC**
        700 Pennsylvania Avenue, SE, Suite 500
        Washington, D.C.  20003
        (202) 223-3760

        Counsel to Plaintiffs Changzhou Trina Solar Energy Co., Ltd.; Trina Solar (Changzhou) Science & Technology Co., Ltd.; Yancheng Trina Solar Energy Technology Co., Ltd.; Changzhou Trina Solar Yabang Energy Co., Ltd.; Turpan Trina Solar Energy Co., Ltd.; Hubei Trina Solar Energy Co., Ltd.; and Trina Solar (Hefei) Science & Technology Co., Ltd.

Dated:   May 5, 2021

## CERTIFICATE OF COMPLIANCE

The undersigned counsel at Trade Pacific PLLC hereby certifies that the Comments on the Final Results of Remand Redetermination dated May 5, 2021, complies with the word-count limitation described in the Standard Chambers Procedures. The comment contains 266 words according to the word-count function of the word-processing software used to prepare the comment.

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE, Suite 500
Washington, D.C.  20003
(202) 223-3760

Dated:  May 5, 2021