IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE

_____

|  |  |  |
|---|---|---|
| CHANGZHOU TRINA SOLAR ENERGY CO. LTD., *ET AL.*, | ) ) ) ) | |
| Plaintiffs and Consolidated Plaintiffs, | ) ) ) ) | |
| and | ) ) | |
| JA SOLAR TECHNOLOGY YANGZHOU CO., LTD. *ET AL.*, | ) ) ) | |
| Plaintiff-Intervenors, | ) ) ) | |
| v. | ) ) | Consol. Court No. 18-00176 |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) ) | |
| and | ) ) | |
| SOLARWORLD AMERICAS, INC. *ET AL.*, | ) ) ) | |
| Defendant-Intervenor and Consolidated Defendant-Intervenors. | ) ) ) ) | |

_____

### DEFENDANT'S REQUEST TO SUSTAIN REMAND REDETERMINATION

Defendant, the United States, respectfully requests that the Court sustain the Department of Commerce's second remand results in this action and enter judgment accordingly.  *See* Final Results of Redetermination Pursuant to Court Remand (April 5, 2021) (ECF No. 105). Commerce has fully complied with the Court's remand order.  *See* Remand Order, *Changzhou*

*Trina Solar Energy Co., Ltd., et al. v. United States*, Ct. Int'l Trade No. 18-176, Slip Op. 21-2 (January 4, 2021) (ECF No. 102). Specifically, consistent with the Court's remand order, Commerce in calculating plaintiff Changzhou Trina Solar Energy Co.'s dumping margin reconsidered its surrogate value selection for international ocean freight expenses. Commerce determined to rely on data from Xeneta rather than data from Maersk as the best available information with which to value Trina's ocean freight expenses, and revised its calculation of Trina's weighted-average dumping margin accordingly.

Plaintiffs and plaintiff-intervenors have filed comments in support of the remand results before this Court requesting that this Court sustain the remand results. *See* Plaintiff Trina's Comments on Final Results of Remand Redetermination (May 5, 2021) (ECF. No. 108); Comments on Final Results of Remand Redetermination of JA Solar Technology Yangzhou Co., Ltd., Shanghai JA Solar Technology Co., Ltd. and JingAo Solar Co., Ltd. (May 5, 2021) (ECF No. 107). Consequently, no party contests the remand results, and it is appropriate for the Court to sustain them and enter judgment.

<div style="margin-left:40%">

Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General


JEANNE E. DAVIDSON
Director


/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

</div>

|                                          | /s/ Joshua E. Kurland                  |
|------------------------------------------|----------------------------------------|
| OF COUNSEL:                              | JOSHUA E. KURLAND                      |
| LESLIE M. LEWIS                          | Trial Attorney                         |
| Attorney                                 | U.S. Department of Justice             |
| Office of the Chief Counsel              | Commercial Litigation Branch           |
| for Trade Enforcement & Compliance       | P.O. Box 480                           |
| U.S. Department of Commerce              | Ben Franklin Station                   |
| Washington, D.C. 20230                   | Washington, D.C. 20044                 |
|                                          | Tel: (202) 616-0477                    |
|                                          | Fax: (202) 307-0972                    |
|                                          | E-mail:  Joshua.E.Kurland@usdoj.gov    |
| June 3, 2021                             | *Attorneys for Defendant United States* |